364 A.2d 938
Commonwealth v. Brown, Appellant.

Argued November 18, 1975. John H. Corbett, Jr., Trial Defender, with him Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and John J. Hickton, District Attorney, submitted a brief for Commonwealth, appellee.

Judgments of sentence affirmed.

371 A.2d 221
Commonwealth v. Brown, Appellant.

Submitted June 14, 1976. Richard Lunenfeld, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.